IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SEAN E. McDONALD,

    **Plaintiff,**

    v.        CASE NO. 23-3054-JWL

TOMMY WILLIAMS,

    **Defendant.**

**O R D E R**

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. He is a state prisoner confined at the El Dorado Correctional Facility ("EDCF") in El Dorado, Kansas. Plaintiff alleges that he has been held in segregation since September 12, 2022, without being offered an opportunity for outdoor exercise in violation of the Eighth Amendment.

The Court entered a memorandum and order to show cause ("MOSC") (Doc. 7) directing Plaintiff to show cause by May 5, 2023, why this matter should not be dismissed due to the deficiencies set forth. The MOSC stated that if Plaintiff failed within the time allotted to file a response, this action could be dismissed without further notice. Plaintiff has not filed a response as of the date of this Order.

Consequently, for the reasons explained in the MOSC, Plaintiff's complaint is dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

**IT IS THEREFORE ORDERED** that this action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

**DATED:  This 12th day of May, 2023, at Kansas City, Kansas.**

<u>S/  John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

2